SAXTON & STUMP
LAWYERS AND CONSULTANTS

280 Granite Run Drive, Suite 300 • Lancaster, PA 17601
P: (717) 556-1000 • F: (717) 441-3810

**Direct Dial:** (717) 556-1050
**Email:** wbartholomew@saxtonstump.com

September 11, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/15/2026

MEMO ENDORSED

***Via ECF***
The Hon. Katharine H. Parker, U.S.D.J.
United States District Court
for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**RE:** ***Mann, et al. v. Delphos MMJ L.P.*, 1:26-cv-00013**

Dear Judge Parker:

I am counsel for Plaintiff-Counterclaim Defendant Benjamin Mann in the above-referenced matter. I am writing on behalf of all parties to respectfully request an adjournment of the settlement conference scheduled for September 24, 2026. (*See* Dkt. No. 34). If Your Honor is available, the parties respectfully request that the settlement conference be moved to a date from ~~December 2 through December 11, 2026.~~

By Order dated September 10, 2026, Judge Vyskocil granted the parties' joint request to adjourn the deadline to complete fact discovery from September 15, 2026 to November 16, 2026. (*See* Dkt. No. 41). The parties believe that a settlement conference would be most productive after the close of fact discovery and before the post-discovery conference with Judge Vyskocil scheduled for January 22, 2027. The parties are available for a settlement conference from December 2 through December 11, 2026. Accordingly, if it is consistent with Your Honor's schedule, the parties request an adjournment to a date within that time-period.

Sincerely,

G. William Bartholomew

cc: All counsel (via ECF)

**APPLICATION GRANTED: The settlement conference in this matter scheduled for Thursday, September 24, 2026, at 10:00 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to Tuesday, January 5, 2027, at 10:00 a.m. Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than December 29, 2026, by 5:00 p.m.**

APPLICATION GRANTED

Katharine H Parker

Hon. Katharine H. Parker, U.S.M.J.

09/15/2026